**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| JT RICH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-24-205-J |
| | ) |
| CORTNIE CIESS, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Plaintiff, a state inmate appearing pro se, filed a Complaint under 42 U.S.C. § 1983. [Doc. No. 1]. The matter was referred for initial proceedings to United States Magistrate Judge Chris M. Stephens consistent with 28 U.S.C. § 636(b)(1)(B), (C). Judge Stephens issued a Report and Recommendation recommending dismissal without prejudice on grounds that Plaintiff's Complaint does not set forth a short and plain statement of the claims under Fed. R. Civ. P. 8(a)(2) and Plaintiff failed to follow the Court's orders to cure the deficiency. [Doc. No. 20]. Plaintiff did not object by his December 13, 2024 deadline and has therefore waived his right to appellate review of the factual and legal issues addressed in the Report and Recommendation. *See Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2010).

Accordingly, the Court ADOPTS the Report and Recommendation [Doc. No. 20] and DISMISSES Plaintiff's Complaint without prejudice. A separate judgment will enter.

IT IS SO ORDERED this 30th day of December, 2024.

BERNARD M. JONES
UNITED STATES DISTRICT JUDGE